JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Scherer,**<br><br>    Plaintiff,<br><br>  v.<br><br>**Waadt Sherman Way LLC,** a California Limited Liability Company; **Waadt Appliances, Inc.,** a California Corporation; and Does 1-10,<br><br>    Defendants. | Case 2:19-CV-06043-JFW-JPRx<br><br>**Judgment** |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that:

Plaintiff Gary Scherer shall have JUDGMENT in his favor for $8,437.50 ($4,000 in statutory damages and $4,437.50 in attorneys' fees and costs) against Defendants Waadt Sherman Way LLC and Waadt Appliances, Inc.

In addition, Defendants Waadt Sherman Way LLC and Waadt Appliances, Inc. are ordered to provide van-accessible parking at the Waadt Appliance located at 16919 Sherman Way, Van Nuys, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Date: June 12, 2020

_____
United States District Judge